(Slip Opinion) Cite as: 547 U. S. ____ (2006) 1

Per Curiam

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 05–465

## MOHAWK INDUSTRIES, INC., PETITIONER *v.* SHIRLEY WILLIAMS ET AL.

### ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

[June 5, 2006]

PER CURIAM.

The writ of certiorari limited to Question 1 presented by the petition, granted at 546 U. S. ___ (2005), is dismissed as improvidently granted. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of *Anza* v. *Ideal Steel Supply Corp., ante,* p. ___.

*It is so ordered.*